

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Eddie Barnes,

\* From the 244th District Court
of Ector County,
Trial Court No. C-18-0905-CR

Vs. No. 11-21-00155-CR

\* April 6, 2023

The State of Texas,

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we vacate Appellant's felony murder conviction because it violates the Double Jeopardy Clause, and we reverse the trial court's judgment as to Count No. Two and render a judgment of acquittal with respect to that count. With respect to Count No. One, the lesser included offense of murder, we affirm the judgment of the trial court.